IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - x
                            :   Chapter 11
In re:                      :
                            :   Case No. 06-10894 (PJW)
RADNOR HOLDINGS             :
CORPORATION, et al.,        :   Jointly Administered
                            :
          Debtors.          :   Related Docket No. 512
                            :
- - - - - - - - - - - - - - x
```

**NOTICE OF DEBTORS' APPEAL OF ORDER GRANTING OFFICIAL COMMITTEE OF UNSECURED CREDITORS STANDING TO PROSECUTE ACTIONS ON BEHALF OF THE DEBTORS' ESTATES AGAINST TENNENBAUM CAPITAL PARTNERS, LLC, SPECIAL VALUE EXPANSION FUND, LLC, SPECIAL VALUE OPPORTUNITIES FUND, LLC, AND JOSE E. FELICIANO AND RELATED RELIEF**

The debtors and debtors-in-possession in the above-captioned jointly administered bankruptcy cases (collectively, the "Debtors")[1] hereby appeal, on an expedited basis, pursuant to 28 U.S.C. § 158(a) and Fed. R. Bankr. P. 8001(a), the Order Granting Official

---

[1] The Debtors are the following entities: Radnor Holdings Corporation ("Radnor"), Benchmark Holdings, Inc., Radnor Asset Management, Inc., Radnor Chemical Corporation, Radnor Delaware II, Inc., Radnor Investments II, Inc., Radnor Investments III, Inc., Radnor Investments, Inc., Radnor Investments, L.L.C., Radnor Management Delaware, Inc., Radnor Management, Inc., StyroChem Delaware, Inc., StyroChem Europe Delaware, Inc., StyroChem GP, L.L.C., StyroChem LP, L.L.C., StyroChem U.S. Ltd., WinCup Europe Delaware, Inc., WinCup GP, L.L.C., WinCup Holdings, Inc., WinCup LP, L.L.C., WinCup RE, L.L.C., and WinCup Texas, Ltd.

Committee of Unsecured Creditors Standing to Prosecute Actions on Behalf of the Debtors' Estates against Tennenbaum Capital Partners, LLC, Special Value Expansion Fund, LLC, Special Value Opportunities Fund, and Jose E. Feliciano and Related Relief (Docket No. 512) (the "Order"), entered by the United States Bankruptcy Court for the District of Delaware on October 30, 2006.

The names of all parties to the Order and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**The Debtors -**

Gregg M. Galardi, Esq.
Mark L. Desgrosseilliers, Esq.
Sarah E. Pierce, Esq.
Skadden, Arps, Slate, Meagher
 & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
Telephone:   302-651-3000

Edward J. Meehan, Esq.
Skadden, Arps, Slate, Meagher
 & Flom LLP
1440 New York Avenue
Washington, DC   20005-2111
(202) 371-7000

**The Official Committee of Unsecured Creditors -**

Donald J. Detweiler, Esq.
Victoria W. Counihan, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, Delaware 19801
Telephone:   302-661-7667

Nancy A. Mitchell, Esq.
Nancy A. Peterman, Esq.
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 2500
Chicago, IL 60601
Telephone:   312-456-8400

**Tennenbaum Capital Partners, LLC -**

| | |
|---|---|
| Mark D. Collins, Esq.<br>Russell C. Silberglied, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: 302-651-7700 | Gregory A. Bray, Esq.<br>Fred Neufeld, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>601 South Figueroa Street<br>30th Floor<br>Los Angeles, CA 90017-5735<br>Telephone: 213-892-4000 |

Dated: Wilmington, Delaware
November 3, 2006

_____
Gregg M. Galardi (I.D. No. 2991)
Mark L. Desgrosseilliers (I.D. No. 4083)
Sarah E. Pierce (I.D. No. 4648)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

and

Edward J. Meehan
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue
Washington, D.C. 2005-2111
(202) 371-7000

Counsel for Debtors and
Debtors in Possession

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **RADNOR HOLDINGS** | : | Case No. 06-10894 (PJW) |
| **CORPORATION,** *et al.,* | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Ref. Docket No. 425 |

**ORDER GRANTING OFFICIAL COMMITTEE OF UNSECURED CREDITORS
STANDING TO PROSECUTE ACTIONS ON BEHALF OF THE DEBTORS' ESTATES
AGAINST TENNENBAUM CAPITAL PARTNERS, LLC, SPECIAL VALUE
EXPANSION FUND, LLC, SPECIAL VALUE OPPORTUNITIES FUND, LLC,
AND JOSE E. FELICIANO AND RELATED RELIEF**

Upon the motion[1] (the "**Motion**") of the Official Committee of Unsecured Creditors (the "**Committee**") of Radnor Holdings Corporation, *et al.* (collectively, the "**Debtors**"), for an order, pursuant 11 U.S.C. §§ 105, 1103(c)(2) and (5) and 1109(b), granting the Committee standing to prosecute actions on behalf of the Debtors' estates against Tennenbaum Capital Partners, LLC, Special Value Expansion Fund, LLC, Special Value Opportunities Fund, LLC, and Jose E. Feliciano, and for related relief; and due and sufficient notice of the Motion and the hearing thereon has been provided, and no other or further notice being necessary or required; and it appearing that the relief requested is in the best interests of the Debtors' estates; and a hearing on the Motion having been held on October 27, 2006 (the "**Hearing**"); and upon the Motion, all objections thereto, the arguments of counsel made at the Hearing, and the full record of these cases; and after due deliberation and sufficient cause appearing therefor, it is therefore

**FOUND AND CONCLUDED that:**

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion.

A. The Committee shall have derivative standing to pursue the causes of action alleged in Counts 11, 12, 13, 14, 15 and 16 of the Complaint annexed as Exhibit A to the Motion (the "**Complaint**"), against the Tennenbaum Defendants;

B. The causes of action contained in Counts 1 through 10, 13 and 14 of the Complaint assert direct causes of action that the Committee has standing to pursue against the Tennenbaum Defendants; and

C. No demand was made upon the Debtors. Demand upon the Debtors would have been futile and is excused under the circumstances of these cases, as found by the Court for the reasons set forth on the record of the Hearing.

For all reasons stated on the record at the Hearing, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Committee is authorized to file a complaint, substantially in the form of the Complaint, and pursue the causes of action stated therein against the Tennenbaum Defendants.

2. This Court shall retain jurisdiction with respect to all matters and disputes arising out of or relating to this Order.

Dated: October 30, 2006

_____
HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**APPEAL TRANSMITTAL SHEET**

Case Number: __06-10894__   ● BK   ○ AP
  If AP, related BK Case Number: _____

Title of Order Appealed:
Order Granting Official Committee of Unsecured Creditors Standing To Prosecute Action
  Docket Number: __512__      Date Entered: __10/30/06__

Item Transmitted:  ● Notice of Appeal              ○ Motion for Leave to Appeal
                   ○ Amended Notice of Appeal      ○ Cross Appeal
                   Docket Number: __570__          Date Filed: _____

*Appellant/Cross Appellant:                *Appellee/Cross Appellee
 Radnor Holdings Corp et al                 Official Committee of Unsecured Creditor
Counsel for Appellant:                     Counsel for Appellee:
 Gregg Galardi Esq                          Donald J Detweiler Esq
 Skadden Arps Slate Meagher & Flom LLP      Greenberg Taurig LLP
 One Rodney Square                          The Nemours Bldg
 POB 636                                    100 N Orange St Ste 1200
 Wilmington, DE 19899                       Wilmington, DE 19801

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?   ● Yes   ○ No

IFP Motion Filed by Appellant?   ○ Yes   ● No

Have Additional Appeals to the Same Order been Filed?   ○ Yes   ● No
    If so, has District Court assigned a Civil Action Number?   ○ Yes   ● No   Civil Action # _____

Additional Notes:
_____

__12/4/06__                                By: __Ken Brown__
Date                                           Deputy Clerk

                                           FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: __06-71__
7/6/06