IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**   4

IN RE: Radnor Holdings Corporation et al.

_____

|  |  |  |
|---|---|---|
| Radnor Holdings Corporation et al | ) | |
| | ) | |
| Appellant | ) | Civil Action No.   06-735 |
| v. | ) | |
| | ) | |
| | ) | |
| Official Committee of Unsecured Creditors | ) | |
| of Radnor Holdings Corporation et al | ) | |
| Appellee | ) | Bankruptcy Case No. 06-10894 |
| | | Bankruptcy Appeal No. 06-71 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 10/30/06 was docketed in the District Court on 12/4/06:

> Order Granting Official Committee of Unsecured Creditors Standing to Prosecute Actions on Behalf of the Debtors' Estates Against Tennenbaum Capital Partners, LLC, Special Value Expansion Fund, LLC, Special Value Opportunities Fund, LLC, and Jose E. Feliciano and Related Relief.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date:   December 5, 2006

To:   U.S. Bankruptcy Court
Counsel