# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636
———
TEL: (302) 651-3000
FAX: (302) 651-3001
www.skadden.com

DIRECT DIAL
(302) 651-3139
DIRECT FAX
(302) 651-3001
EMAIL ADDRESS
MDESGROS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

December 15, 2006

**BY HAND-DELIVERY**
Clerk's Office
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, Delaware 19801

Attn.: Francesca Tassone

> Re:   In re Radnor Holdings Corporation, et al.
> Case Number 06-10894 (PJW)
> United States Bankruptcy Court, District of Delaware
>
> Radnor Holdings Corporation, et al. v. Official Committee of
> Unsecured Creditors of Radnor Holdings Corporation
> Appeal Number 06-735 (SLR)
> United States District Court, District of Delaware

Dear Ms. Tassone:

      On December 14, 2006, the Appellant Debtors in the above-referenced bankruptcy appeal (the "Appeal") filed the Motion of Debtors and Debtors-in-Possession, Appellants, to Strike Appellee's Statement of Additional Issues on Appeal and Designation of Additional Items to be Included in the Record with Respect to Appeal of Order Granting Official Committee of Unsecured Creditors Standing to Prosecute Actions on Behalf of the Debtors' Estates against Tennenbaum Capital Partners, LLC, Special Value Expansion Fund, LLC, Special Value Opportunities Fund, LLC, and José E. Feliciano and Related Relief (D.I. 6) (the "Motion to Strike").

      There were a couple of errors in the Motion to Strike as filed. Specifically, the Motion to Strike did not include certain exhibits that should have been attached to such motion. In addition, the Motion to Strike indicated that certain unpublished decisions that are otherwise

available on Westlaw were attached thereto. These exhibits, in accordance with Chief Judge Robinson's procedures, should not have been referenced in the Motion to Strike.

       Accordingly, enclosed herewith is a corrected Motion to Strike, dated December 15, 2006. I have also enclosed a disk containing a .pdf version of such corrected motion. Please replace the Motion to Strike that is currently on the docket of the Appeal with the revised motion enclosed herewith. Please also correct the docket to reflect a filing date of December 15, 2006. In accordance with the certificate of service attached to the revised Motion to Strike, the revised Motion to Strike will be served today.

       Thank you for your attention to this matter. If you need any additional information, I am available at your convenience.

       Respectfully,

       Mark L. Desgrosseilliers

Enclosures (2)