### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| RADNOR HOLDINGS | ) | |
| CORPORATION, *et al.*, | ) | Case No. 06-10894 (PJW) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Radnor Holdings Corporation, *et al.*, | ) | |
| | ) | Civil Action No. 06-735 (***) |
| Appellants, | ) | |
| | ) | Jointly Administered |
| v. | ) | |
| | ) | |
| The Official Committee of Unsecured | ) | |
| Creditors, | ) | |
| | ) | **Re:  Docket No. 8** |
| Appellees. | ) | |
| | ) | |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Motion to Intervene in Appeal*, filed on December 22, 2006 [Docket No. 8] (the "Motion").  The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to Delaware Local Rule 7.1.2 ("Rule 7.1.2"), objections to the Motion were to be filed and served no later than January 9, 2007 at 4:00 p.m.

Wherefore, TR Acquisition Co., Inc. hereby requests that the Order annexed hereto as Exhibit A, granting the relief requested in the Motion, be entered at the earliest convenience of the Court.

**[Remainder of Page Intentionally Left Blank]**

Dated: January 19, 2007
      Wilmington, Delaware

/s/ Russell C. Silberglied
_____
Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Paul N. Heath (No. 3704)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701

-and-

MILBANK, TWEED, HADLEY & McCLOY LLP
Gregory A. Bray
Fred Neufeld
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone:   (213) 892-4000
Facsimile:   (213) 629-5063

Attorneys for TR Acquisition Co., Inc., Tennenbaum Capital Partners, LLC, Special Value Opportunities Fund, LLC, Special Value Expansion Fund, LLC and Jose Feliciano

# **<u>Exhibit A</u>**

LA1:#6341629v1
RLF1-3106062-1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| RADNOR HOLDINGS | ) | |
| CORPORATION, *et al.*, | ) | Case No. 06-10894 (PJW) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Radnor Holdings Corporation, *et al.*, | ) | |
| | ) | Civil Action No. 06-735 (***) |
| Appellants, | ) | |
| | ) | Jointly Administered |
| v. | ) | |
| | ) | |
| The Official Committee of Unsecured Creditors, | ) | |
| | ) | |
| | ) | **Re:  Docket No. 8** |
| Appellees. | ) | |
| | ) | |

**ORDER GRANTING MOTION OF
TR ACQUISITION CO., INC. TO INTERVENE IN APPEAL**

On December 22, 2006, TR Acquisition Co., Inc. ("TRAC") filed a motion to intervene in the above-captioned appeal under the authority of Federal Rules of Civil Procedure 24(a) and 24(b) ("Motion").

The Court, having considered the Motion, and it appearing that TRAC is entitled to intervene under both subsections (a) and (b) of Federal Rule of Civil Procedure 24, and it further appearing that no other party to the appeal objects to TRAC's intervention, and that therefore good cause exists for granting the Motion, accordingly,

IT IS HEREBY ORDERED THAT:

1.  The Motion is granted and TRAC shall be a party to the appeal as an intervenor, and shall be entitled to all rights of the other parties to the appeal in all

respects, including but not limited to briefing, motion practice, appearances, and the right to take an appeal from any action of this Court.

Dated: _____, 2007
       Wilmington, Delaware

 

_____
UNITED STATES DISTRICT COURT JUDGE