IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| RADNOR HOLDINGS | ) | |
| CORPORATION, *et al.*, | ) | Case No. 06-10894 (PJW) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Radnor Holdings Corporation, *et al.*, | ) | |
| | ) | Civil Action No. 06-735 (***) |
| Appellants, | ) | |
| | ) | Jointly Administered |
| v. | ) | |
| | ) | |
| The Official Committee of Unsecured Creditors, | ) | |
| | ) | |
| | ) | Re: Docket No. 8 |
| Appellees. | ) | |
| | ) | |

## ORDER GRANTING MOTION OF
## TR ACQUISITION CO., INC. TO INTERVENE IN APPEAL

On December 22, 2006, TR Acquisition Co., Inc. ("TRAC") filed a motion to intervene in the above-captioned appeal under the authority of Federal Rules of Civil Procedure 24(a) and 24(b) ("Motion").

The Court, having considered the Motion, and it appearing that TRAC is entitled to intervene under both subsections (a) and (b) of Federal Rule of Civil Procedure 24, and it further appearing that no other party to the appeal objects to TRAC's intervention, and that therefore good cause exists for granting the Motion, accordingly,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted and TRAC shall be a party to the appeal as an intervenor, and shall be entitled to all rights of the other parties to the appeal in all

respects, including but not limited to briefing, motion practice, appearances, and the right to take an appeal from any action of this Court.

Dated: January 22, 2007
Wilmington, Delaware

_____
UNITED STATES DISTRICT COURT JUDGE
Magistrate