IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RADNOR HOLDINGS CORPORATION, | ) | |
| ET AL., | ) | Case No. 06-10894 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| RADNOR HOLDINGS CORPORATION, | ) | |
| ET AL., | ) | |
| | ) | Civil Action No. 06-735 (***) |
| Appellants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE OFFICIAL COMMITTEE OF | ) | |
| UNSECURED CREDITORS OF | ) | |
| RADNOR HOLDINGS CORPORATION, | ) | |
| ET AL., | ) | |
| | ) | |
| Appellees. | ) | |

### ORDER

At Wilmington, this 14th day of August, 2007,

IT IS HEREBY ORDERED that the parties shall submit a status report to the Court on or before August 24, 2007.

_____
UNITED STATES MAGISTRATE JUDGE