IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - x
RADNOR HOLDINGS            :
CORPORATION, et al.,       :
                           :
          Appellants,      :   Case No. 06-735 (***)
                           :
     v.                    :
                           :
The Official Committee of  :
Unsecured Creditors,       :
                           :
          Appellee.        :
- - - - - - - - - - - - - - x
                           :
In re:                     :   Chapter 11
                           :
RADNOR HOLDINGS            :   Case No. 06-10894 (PJW)
CORPORATION, et al.,       :
                           :   Jointly Administered
          Debtors.         :
                           :
- - - - - - - - - - - - - - x
```

**STATUS REPORT OF THE PARTIES WITH RESPECT TO APPEAL OF ORDER GRANTING OFFICIAL COMMITTEE OF UNSECURED CREDITORS STANDING TO PROSECUTE ACTIONS ON BEHALF OF THE DEBTORS' ESTATES AGAINST TENNENBAUM CAPITAL PARTNERS, LLC, SPECIAL VALUE EXPANSION FUND, LLC, SPECIAL VALUE OPPORTUNITIES FUND, LLC, AND JOSÉ E. FELICIANO AND RELATED RELIEF**

This status report is submitted by the parties to the above captioned action and appeal: (i) The Official Committee of Unsecured Creditors of Radnor Holdings Corporation and its affiliates (the "Committee"); (ii) Tennenbaum Capital Partners, LLC,

Special Value Expansion Fund, LLC, Special Value Opportunities Fund, LLC, and Jose E. Feliciano (collectively, the "Tennenbaum Lenders"); and (iii) Radnor Holdings Corporation and its affiliates, each a chapter 11 debtor (collectively, the "Debtors").

Four related bankruptcy appeals of orders entered by United States Bankruptcy Judge Peter J. Walsh from October 31, 2006 through November 21, 2006, in the chapter 11 case of In re Radnor Holdings Corporation, et al., or motions related to such orders, were pending in the United States District Court for the District of Delaware (the "District Court"). Three of those appeals have been dismissed, leaving only the Debtors' appeal from the Order Granting Official Committee of Unsecured Creditors Standing to Prosecute Actions on Behalf of the Debtors' Estates Against Tennenbaum Capital Partners, LLC, Special Value Expansion Fund, LLC, Special Value Opportunities Fund, LLC, and Jose E. Feliciano and Related Relief, entered by Judge Walsh on October 31, 2006 (the "Derivative Standing Order").

The appeal of the Derivative Standing Order (the "Standing Order Appeal") is Civil No. 06-735 and was first assigned to Chief Judge Sue L. Robinson on December 13, 2006. This appeal has subsequently been assigned to the judge that will fill the vacancy left by the elevation of Judge Kent A. Jordan to the United States Court of Appeals for the Third Circuit.

The parties to the Standing Order Appeal are working to resolve the issues raised in the Standing Order Appeal and dismiss such appeal through a plan of reorganization, the terms of which are currently being negotiated in the bankruptcy cases. Accordingly, the parties to the Standing Order respectfully request that the District Court stay any further action in this appeal pending the outcome of the plan confirmation process. The parties expect that this process should be completed before December 31, 2007. In the event that the Standing Order Appeal is not resolved through the

plan process, the parties to the Standing Order Appeal shall notify the Court promptly.

Dated:   August 24, 2007
         Wilmington, Delaware

/s/ M.L. Des
_____
Gregg M. Galardi (I.D. No. 2991)
Mark L. Desgrosseilliers (I.D. No. 4083)
Sarah E. Pierce (I.D. No. 4648)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

and

Timothy R. Pohl
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel for Debtors and
Debtors in Possession

**(Signatures Continued on Following Page)**

/s/ Russell C. Silberglied
_____          _____
Mark D. Collins (No. 2981)           Donald Detweiler (No. 3087)
Russell C. Silberglied (No. 3462)    Victoria Counihan (No. 3488)
Richards, Layton & Finger, P.A.      GREENBERG TRAURIG LLP
One Rodney Square                    The Nemours Building
P.O. Box 551                         1007 North Orange Street, Suite
Wilmington, Delaware 19899           1200
Telephone:  (302) 651-7700           Wilmington, Delaware 19801
                                     Telephone: (302) 661-7000
and                                  Facsimile: (302) 661-7360

Gregory A. Bray                      -and-
Fred Neufeld
Milbank, Tweed, Hadley               Nancy A. Mitchell
     & McCloy LLP                    Nancy A. Peterman
601 S. Figueroa St., 30th Floor      GREENBERG TRAURIG LLP
Los Angeles, California 90017        77 West Wacker Drive, Suite 2400
                                     Chicago, Illinois 60601
Counsel for TR Acquisition Co.,      Phone: (312) 456-8400
Inc., Tennenbaum Capital             Facsimile (312) 456-8435
Partners, LLC, Special Value
Opportunities Fund, LLC, Special     Counsel for the Official
Value Expansion Fund, LLC and        Committee of Unsecured Creditors
Jose Feliciano

|  |  |
|---|---|
| _____<br>Mark D. Collins (No. 2981)<br>Russell C. Silberglied (No. 3462)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>Telephone: (302) 651-7700<br><br>and<br><br>Gregory A. Bray<br>Fred Neufeld<br>Milbank, Tweed, Hadley<br>    & McCloy LLP<br>601 S. Figueroa St., 30th Floor<br>Los Angeles, California 90017<br><br>Counsel for TR Acquisition Co., Inc., Tennenbaum Capital Partners, LLC, Special Value Opportunities Fund, LLC, Special Value Expansion Fund, LLC and Jose Feliciano | /s/ Victoria W. Counihan<br>Donald Detweiler (No. 3087)<br>Victoria Counihan (No. 3488)<br>GREENBERG TRAURIG LLP<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 661-7000<br>Facsimile: (302) 661-7360<br><br>-and-<br><br>Nancy A. Mitchell<br>Nancy A. Peterman<br>GREENBERG TRAURIG LLP<br>77 West Wacker Drive, Suite 2400<br>Chicago, Illinois 60601<br>Phone: (312) 456-8400<br>Facsimile (312) 456-8435<br><br>Counsel for the Official Committee of Unsecured Creditors |

5

CERTIFICATE OF SERVICE

I, Mark L. Desgrosseilliers, hereby certify that on August 24, 2007, I caused the foregoing **Status Report of the Parties with Respect to Appeal of Order Granting Official Committee of Unsecured Creditors Standing to Prosecute Actions on Behalf of the Debtors' Estates against Tennenbaum Capital Partners, LLC, Special Value Expansion Fund, LLC, Special Value Opportunities Fund, LLC, and José E. Feliciano and Related Relief** to be served on the parties set forth below in the manner indicated:

Mark D. Collins, Esq.
Russell C. Silberglied, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
**By Hand-Delivery**

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank, Tweed, Hadley
& McCloy LLP
601 S. Figueroa St., 30th Floor
Los Angeles, California 90017
**By Overnight Courier**

Donald Detweiler, Esq.
Victoria Counihan, Esq.
GREENBERG TRAURIG LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
**By Hand-Delivery**

Nancy A. Mitchell, Esq.
Nancy A. Peterman, Esq.
GREENBERG TRAURIG LLP
77 West Wacker Drive, Suite 2400
Chicago, Illinois 60601
**By Overnight Courier**

_____
Mark L. Desgrosseilliers