IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - x
RADNOR HOLDINGS              :
CORPORATION, et al.,         :
                             :
              Appellants,    :  Case No. 06-735 (SLR)
                             :
     v.                      :
                             :
The Official Committee of    :
Unsecured Creditors,         :
                             :
              Appellee.      :
- - - - - - - - - - - - - - - x
                             :
In re:                       :  Chapter 11
                             :
RADNOR HOLDINGS              :  Case No. 06-10894 (PJW)
CORPORATION, et al.,         :
                             :  Jointly Administered
              Debtors.       :
                             :
- - - - - - - - - - - - - - - x
```

**STATUS REPORT WITH RESPECT TO APPEAL OF ORDER GRANTING
OFFICIAL COMMITTEE OF UNSECURED CREDITORS STANDING TO
PROSECUTE ACTIONS ON BEHALF OF THE DEBTORS' ESTATES
AGAINST TENNENBAUM CAPITAL PARTNERS, LLC, SPECIAL VALUE
EXPANSION FUND, LLC, SPECIAL VALUE OPPORTUNITIES FUND,
LLC, AND JOSÉ E. FELICIANO AND RELATED RELIEF**

This status report is submitted by the appellants in the above-captioned appeal (the "Standing Order Appeal"), Radnor Holdings Corporation and its affiliates, each a chapter 11 debtor (collectively, the "Debtors").

On November 13, 2007, the Official Committee of Unsecured Creditors (the "Committee"), the appellee in the Standing Order Appeal, was disbanded by the Office of the United States Trustee due to the resignation of all of the members of the Committee. No committee of unsecured creditors has since that date been formed by the Office of the United States Trustee.

The Debtors have continued to work with Tennenbaum Capital Partners, LLC, Special Value Expansion Fund, LLC, Special Value Opportunities Fund, LLC, and Jose E. Feliciano (collectively, the "Tennenbaum Lenders") to resolve the issues raised in the Standing Order Appeal and dismiss such appeal through a plan of reorganization, the terms of which have been negotiated in the bankruptcy cases. The Debtors have filed a revised form of plan with the United States Bankruptcy Court for the District of Delaware and have scheduled a hearing on a disclosure statement with respect to such plan for April 22, 2008, at 10:00 a.m. The hearing on confirmation of such plan is expected to occur on or about May 29, 2008.

Accordingly, the Debtors respectfully request that the District Court stay any further action in this appeal pending the outcome of the plan confirmation process. In the event that the Standing Order Appeal is not resolved through the plan process, the parties to the Standing Order Appeal shall notify the Court promptly.

Dated:   March 19, 2008
         Wilmington, Delaware

/s/ Gregg M. Galardi
———————————————————————
Gregg M. Galardi (I.D. No. 2991)
Mark L. Desgrosseilliers (I.D. No. 4083)
Sarah E. Pierce (I.D. No. 4648)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

and

Timothy R. Pohl
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel for Debtors and
Debtors in Possession

**CERTIFICATE OF SERVICE**

I, Mark L. Desgrosseilliers, hereby certify that on March 19, 2008, I caused the foregoing **Status Report with Respect to Appeal of Order Granting Official Committee of Unsecured Creditors Standing to Prosecute Actions on Behalf of the Debtors' Estates against Tennenbaum Capital Partners, LLC, Special Value Expansion Fund, LLC, Special Value Opportunities Fund, LLC, and José E. Feliciano and Related Relief** to be served on the parties set forth below in the manner indicated:

Mark D. Collins, Esq.
Russell C. Silberglied, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
**By Hand-Delivery**

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank, Tweed, Hadley
& McCloy LLP
601 S. Figueroa St., 30th Floor
Los Angeles, California 90017
**By Overnight Courier**

Donald Detweiler, Esq.
Victoria Counihan, Esq.
GREENBERG TRAURIG LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
**By Hand-Delivery**

Nancy A. Mitchell, Esq.
Nancy A. Peterman, Esq.
GREENBERG TRAURIG LLP
77 West Wacker Drive, Suite 2400
Chicago, Illinois 60601
**By Overnight Courier**

/s/ Mark L. Desgrosseilliers
Mark L. Desgrosseilliers