IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>RADNOR HOLDINGS CORPORATION,<br>et al.,<br><br>        Debtors. | )<br>) Chapter 11<br>)<br>) Bank. No. 06-10894 (PJW)<br>) |
| RADNOR HOLDINGS CORP., et al.,<br><br>        Appellants,<br><br>v.<br><br>THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS,<br><br>        Appellee. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 06-735-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

# O R D E R

At Wilmington this 31st day of March, 2008, the above captioned appeal having been stayed at the request of the parties for purposes of effectuating settlement through the confirmation process (D.I. 15, 16);

IT IS ORDERED that debtors' motion for relief from the standing order requiring mediation of all bankruptcy appeals (D.I. 5) is granted, under the circumstances outlined in the debtors' status reports.

IT IS FURTHER ORDERED that debtors' motion to strike appellee's statement of additional issues on appeal (D.I. 6) is denied without prejudice to renew should the

appeal go forward on the merits.

_____
United States District Judge